FILED
CLERK, U.S. DISTRICT COURT
10/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___vv___ DEPUTY

BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
KENNETH R. CARBAJAL (Cal. Bar No. 338079)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-3165/3172
    Facsimile:    (213) 894-3713/0141
    E-mail:    lyndsi.allsop@usdoj.gov
                  kenneth.carbajal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-cr-00886-CV |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF LYNDSI ALLSOP |
| v. | |
| RYAN JAMES WEDDING, aka "James Conrad King," aka "Jesse King," aka "Jessi," aka "~j," aka "~R137," aka "~PE," aka "~3.14," aka "~EL COCO," aka "R," aka "RW," aka "JJ," aka "Jessie New," aka "Jes Old," aka "Mexi," aka "El Guerro," aka "El Jefe," aka "El Toro," aka "Boss," aka "Buddy," aka "Giant," aka "Grande," aka "Public," | **(UNDER SEAL)** |

```
     aka "Public Enemy,"
     aka "NPKY8WY7,"
     aka "FUJ93HXR,"
     aka "PW7RJ83R,"
     aka "KJ5JW6HM,"
     aka "NXYS6JC9,"
     aka "8DC7CAYB,"
     aka "49T9KYR9,"
     aka "T9PHWCJY,"
     aka "YF4TTY4K,"
DEEPAK BALWANT PARADKAR,
     aka "cocaine_lawyer,"
     aka "Deepaj Emergency,"
     aka "Descartes,"
     aka "K8KDZKW8,"
     aka "A5VB2FX6,"
     aka "Z9W7ETCU,"
     aka "criminal_lawyer@me.com,"
ATNA OHNA,
     aka "Tupac,"
     aka "~Kim Jong -Un,"
     aka "~kim jong Un,"
     aka "6Z3DKEPC,"
     aka "DR8CF76E,"
CARMEN YELINET VALOYES FLOREZ,
     aka "~negra,"
     aka "7JKF6Y5A,"
WILSON RIASCOS,
     aka "Pepe,"
ROLAN SOKOLOVSKI,
     aka "The Jew,"
     aka "~Sushi,"
     aka "Applepie,"
     aka "Lakers2,"
     aka "Fiji2,"
     aka "6777F2HA,"
     aka "HESR73RN,"
     aka "4K6S66FC,"
     aka "deem1313@live.ca,"
RASHEED PASCUA HOSSAIN,
     aka "Sheed"
     aka "~JP Morgan,"
     aka "JP,"
BIANCA CANASTILLO-MADRID,
     aka "Bianca Canastillo
       Madrid,"
     aka "Bianca Madrid,"
     aka "~cady,"
     aka "Claudio,"
     aka "Claudi Old New Is
       Candy,"
     aka "TK8658TT,"
     aka "B9R3SBWT,"
ALLISTAIR CHAPMAN,
     aka "🌞,"
```

|     |                                              |
| --- | -------------------------------------------- |
| 1   | aka "⚡," |
|     | aka "Ali Star," |
| 2   | aka "R9BSX52X," |
|     | aka "PVMTRY34," |
| 3   | TOMMY DEMORIZI, |
|     | AHMAD NABIL ZAITOUN, |
| 4   | aka "Ahmad Nabil Zitoun," |
|     | aka "Ahmad Zitoun," |
| 5   | aka "Ahmad Zaitoon," |
|     | aka "Activs Cousin," |
| 6   | aka "Ynotbro," |
|     | aka "T8PR3Y8R," |
| 7   | GURSEWAK SINGH BAL, |
|     | aka "The Dirty News," |
| 8   | aka "thedirtynewz," |
|     | aka "@6ixaktv," |
| 9   | aka "@6ixak_tv," |
|     | aka |
| 10  |    "sixademiks6@hotmail.com," |
|     | EDWIN BASORA-HERNANDEZ, |
| 11  | aka "Edwin Hernandez," |
|     | aka "Ed Winter," |
| 12  | YULIETH KATHERINE TEJEDA, |
|     | aka "ana.kata1992," |
| 13  | FNU LNU 2, |
|     | FNU LNU 3, |
| 14  | FNU LNU 4, |
|     | FNU LNU 5, |
| 15  | FNU LNU 1, |
| 16  |         Defendants. |

The government hereby applies <u>ex parte</u> for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

//

//

//

//

3

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Lyndsi Allsop.

Dated: October 26, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____
LYNDSI ALLSOP
KENNETH R. CARBAJAL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF LYNDSI ALLSOP**

I, Lyndsi Allsop, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Ryan James Wedding, et al.</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on October 28, 2025.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charge(s) contained in the indictment and have been informed that they are being named as defendants in the indictment to be presented to the grand jury on October 28, 2025. The likelihood of apprehending defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 26, 2025.

_____
LYNDSI ALLSOP

1