FILED
CLERK, U.S. DISTRICT COURT
10/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>RYAN JAMES WEDDING,<br>　aka "James Conrad King,"<br>　aka "Jesse King,"<br>　aka "Jessi,"<br>　aka "~j,"<br>　aka "~R137,"<br>　aka "~PE,"<br>　aka "~3.14,"<br>　aka "~EL COCO,"<br>　aka "R,"<br>　aka "RW,"<br>　aka "JJ,"<br>　aka "Jessie New,"<br>　aka "Jes Old,"<br>　aka "Mexi,"<br>　aka "El Guerro,"<br>　aka "El Jefe,"<br>　aka "El Toro,"<br>　aka "Boss,"<br>　aka "Buddy,"<br>　aka "Giant,"<br>　aka "Grande,"<br>　aka "Public,"<br>　aka "Public Enemy,"<br>　aka "NPKY8WY7,"<br>　aka "FUJ93HXR,"<br>　aka "PW7RJ83R,"<br>　aka "KJ5JW6HM,"<br>　aka "NXYS6JC9,"<br>　aka "8DC7CAYB,"<br>　aka "49T9KYR9,"<br>　aka "T9PHWCJY,"<br>　aka "YF4TTY4K,"<br>DEEPAK BALWANT PARADKAR,<br>　aka "cocaine_lawyer,"<br>　aka "Deepaj Emergency,"<br>　aka "Descartes,"<br>　aka "K8KDZKW8,"<br>　aka "A5VB2FX6,"<br>　aka "Z9W7ETCU,"<br>　aka "criminal_lawyer@me.com,"<br>ATNA OHNA,<br>　aka "Tupac,"<br>　aka "~Kim Jong -Un,"<br>　aka "~kim jong Un,"<br>　aka "6Z3DKEPC,"<br>　aka "DR8CF76E,"<br>CARMEN YELINET VALOYES FLOREZ,<br>　aka "~negra,"<br>　aka "7JKF6Y5A," | Initial Indictment:<br><br>2:25-cr-00886-CV<br><br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br><br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

WILSON RIASCOS,
  aka "Pepe,"
ROLAN SOKOLOVSKI,
    aka "The Jew,"
    aka "~Sushi,"
    aka "Applepie,"
    aka "Lakers2,"
    aka "Fiji2,"
    aka "6777F2HA,"
    aka "HESR73RN,"
    aka "4K6S66FC,"
    aka "deem1313@live.ca,"
RASHEED PASCUA HOSSAIN,
    aka "Sheed,"
    aka "~JP Morgan,"
    aka "JP,"
BIANCA CANASTILLO-MADRID,
  aka "Bianca Canastillo Madrid,"
    aka "Bianca Madrid,"
    aka "~cady,"
    aka "Claudio,"
    aka "Claudi Old New Is Candy,"
    aka "TK8658TT,"
    aka "B9R3SBWT,"
ALLISTAIR CHAPMAN,
    aka "😊,"
    aka "⚡,"
    aka "Ali Star,"
    aka "R9BSX52X,"
    aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
    aka "Ahmad Nabil Zitoun,"
    aka "Ahmad Zitoun,"
    aka "Ahmad Zaitoon,"
    aka "Activs Cousin,"
    aka "Ynotbro,"
    aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
    aka "The Dirty News,"
    aka "thedirtynewz,"
    aka "@6ixaktv,"
    aka "@6ixak_tv,"
    aka "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
    aka "Edwin Hernandez,"
    aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
    aka "ana.kata1992,"
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,
FNU LNU 6,

                DEFENDANTS.

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is __19__.

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __30__ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

Date

LYNDSI ALLSOP
KENNETH R. CARBAJAL
Assistant United States Attorneys