**FILED**
CLERK, U.S. DISTRICT COURT

October 30, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLD_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>RYAN JAMES WEDDING,<br>   aka "James Conrad King,"<br>   aka "Jesse King,"<br>   aka "Jessi,"<br>   aka "~j,"<br>   aka "~R137,"<br>   aka "~PE,"<br>   aka "~3.14,"<br>   aka "~EL COCO,"<br>   aka "R,"<br>   aka "RW,"<br>   aka "JJ,"<br>   aka "Jessie New,"<br>   aka "Jes Old,"<br>   aka "Mexi,"<br>   aka "El Guerro,"<br>   aka "El Jefe,"<br>   aka "El Toro,"<br>   aka "Boss,"<br>   aka "Buddy,"<br>   aka "Giant,"<br>   aka "Grande,"<br>   aka "Public,"<br>   aka "Public Enemy,"<br>   aka "NPKY8WY7,"<br>   aka "FUJ93HXR,"<br>   aka "PW7RJ83R,"<br>   aka "KJ5JW6HM,"<br>   aka "NXYS6JC9,"<br>   aka "8DC7CAYB,"<br>   aka "49T9KYR9," | CR  2:25-cr-886-CV<br><br><u>AMENDED ORDER SEALING INDICTMENT</u><br><u>AND RELATED DOCUMENTS</u><br><br>**(UNDER SEAL)** |

1

```
 1       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 2    DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 3       aka "Deepaj Emergency,"
         aka "Descartes,"
 4       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 5       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
 6    ATNA OHNA,
         aka "Tupac,"
 7       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
 8       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
 9    CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
10       aka "7JKF6Y5A,"
      WILSON RIASCOS,
11       aka "Pepe,"
      ROLAN SOKOLOVSKI,
12       aka "The Jew,"
         aka "~Sushi,"
13       aka "Applepie,"
         aka "Lakers2,"
14       aka "Fiji2,"
         aka "6777F2HA,"
15       aka "HESR73RN,"
         aka "4K6S66FC,"
16       aka "deem1313@live.ca,"
      FNU LNU 1,
17       aka "~JP Morgan,"
         aka "JP,"
18    BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
19        Madrid,"
         aka "Bianca Madrid,"
20       aka "~cady,"
         aka "Claudio,"
21       aka "Claudi Old New Is
            Candy,"
22       aka "TK8658TT,"
         aka "B9R3SBWT,"
23    ALLISTAIR CHAPMAN,
         aka "🤩,"
24       aka "⚡,"
         aka "Ali Star,"
25       aka "R9BSX52X,"
         aka "PVMTRY34,"
26    TOMMY DEMORIZI,
      AHMAD NABIL ZAITOUN,
27       aka "Ahmad Nabil Zitoun,"
         aka "Ahmad Zitoun,"
28       aka "Ahmad Zaitoon,"
```

```
    aka "Activs Cousin,"
    aka "Ynotbro,"
    aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
    aka "The Dirty News,"
    aka "thedirtynewz,"
    aka "@6ixaktv,"
    aka "@6ixak_tv,"
    aka
       "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
    aka "Edwin Hernandez,"
    aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
    aka "ana.kata1992,"
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,
FNU LNU 6,

          Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until such time as the government moves to unseal them **and** files a "Report Commencing Criminal Action" in this matter, except that the government shall be permitted to disclose the indictment and/or arrest warrants to law enforcement (both foreign and domestic) and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, removal, and extradition of defendants to the United States.

October 30, 2025

DATE

HONORABLE JACQUELING CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

3