# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00886-CV |
| v. | |
| Ryan James Wedding et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

November 20, 2025
Date

Sherilyn Peace Garnett
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:24-cr-00369-SPG  and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials  SPG  after the case number in place of the initials of the prior judge, so that the case number will read  2:25-cr-00886-SPG . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ PSALA  ☐ PSAED  ☐ USMLA  ☐ USMSA  ☐ USMED  ☐ Previous Judge  ☐ Statistics Clerk

CR-59 (03/21)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)