```
 1  BILAL A. ESSAYLI
    First Assistant United States Attorney
 2  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    LYNDSI ALLSOP (Cal. Bar No. 323485)
 4  Assistant United States Attorney
    Deputy Chief, Major Crimes Section
 5  KENNETH R. CARBAJAL (Cal. Bar No. 338079)
    Assistant United States Attorney
 6  Major Crimes Section
         1300 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:     (213) 894-3165/3172
         Facsimile:     (213) 894-3713/0141
 9       E-mail:        lyndsi.allsop@usdoj.gov
                        kenneth.carbajal@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

11/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-cr-00886-CV |
| Plaintiff, | [~~PROPOSED~~] SECOND AMENDED ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| RYAN JAMES WEDDING, <br> aka "James Conrad King," <br> aka "Jesse King," <br> aka "Jessi," <br> aka "~j," <br> aka "~R137," <br> aka "~PE," <br> aka "~3.14," <br> aka "~EL COCO," <br> aka "R," <br> aka "RW," <br> aka "JJ," <br> aka "Jessie New," <br> aka "Jes Old," <br> aka "Mexi," <br> aka "El Guerro," <br> aka "El Jefe," <br> aka "El Toro," <br> aka "Boss," <br> aka "Buddy," <br> aka "Giant," <br> aka "Grande," <br> aka "Public," | **(UNDER SEAL)** |

```
 1        aka "Public Enemy,"
          aka "NPKY8WY7,"
 2        aka "FUJ93HXR,"
          aka "PW7RJ83R,"
 3        aka "KJ5JW6HM,"
          aka "NXYS6JC9,"
 4        aka "8DC7CAYB,"
          aka "49T9KYR9,"
 5        aka "T9PHWCJY,"
          aka "YF4TTY4K,"
 6   DEEPAK BALWANT PARADKAR,
          aka "cocaine_lawyer,"
 7        aka "Deepaj Emergency,"
          aka "Descartes,"
 8        aka "K8KDZKW8,"
          aka "A5VB2FX6,"
 9        aka "Z9W7ETCU,"
          aka "criminal_lawyer@me.com,"
10   ATNA OHNA,
          aka "Tupac,"
11        aka "~Kim Jong -Un,"
          aka "~kim jong Un,"
12        aka "6Z3DKEPC,"
          aka "DR8CF76E,"
13   CARMEN YELINET VALOYES FLOREZ,
          aka "~negra,"
14        aka "7JKF6Y5A,"
     WILSON RIASCOS,
15        aka "Pepe,"
     ROLAN SOKOLOVSKI,
16        aka "The Jew,"
          aka "~Sushi,"
17        aka "Applepie,"
          aka "Lakers2,"
18        aka "Fiji2,"
          aka "6777F2HA,"
19        aka "HESR73RN,"
          aka "4K6S66FC,"
20        aka "deem1313@live.ca,"
     FNU LNU 1,
21        aka "~JP Morgan,"
          aka "JP,"
22   BIANCA CANASTILLO-MADRID,
          aka "Bianca Canastillo
23         Madrid,"
          aka "Bianca Madrid,"
24        aka "~cady,"
          aka "Claudio,"
25        aka "Claudi Old New Is
             Candy,"
26        aka "TK8658TT,"
          aka "B9R3SBWT,"
27   ALLISTAIR CHAPMAN,
          aka "🧒,"
28        aka "⚡,"
```

```
        aka "Ali Star,"
        aka "R9BSX52X,"
        aka "PVMTRY34,"
   TOMMY DEMORIZI,
   AHMAD NABIL ZAITOUN,
        aka "Ahmad Nabil Zitoun,"
        aka "Ahmad Zitoun,"
        aka "Ahmad Zaitoon,"
        aka "Activs Cousin,"
        aka "Ynotbro,"
        aka "T8PR3Y8R,"
   GURSEWAK SINGH BAL,
        aka "The Dirty News,"
        aka "thedirtynewz,"
        aka "@6ixaktv,"
        aka "@6ixak_tv,"
        aka
           "sixademiks6@hotmail.com,"
   EDWIN BASORA-HERNANDEZ,
        aka "Edwin Hernandez,"
        aka "Ed Winter,"
   YULIETH KATHERINE TEJEDA,
        aka "ana.kata1992,"
   FNU LNU 1,
   FNU LNU 2,
   FNU LNU 3,
   FNU LNU 4,
   FNU LNU 5,

              Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until November 18, 2025, at 11:59 p.m. PST.

11/18/2025
_____          _____
DATE                              HONORABLE MICHAEL KAUFMAN
                                  UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

---

DATE

---

HONORABLE MICHAEL KAUFMAN
UNITED STATES MAGISTRATE JUDGE