# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00886-SPG-14                            Date: 12/5/2025

Present: The Honorable: David T. Bristow, United States Magistrate Judge

Interpreter: Alejandro Franco                            Language: Spanish

Rebecca Camacho                                          Erin C. Kiss
Deputy Clerk        Court Reporter / Recorder            Assistant U.S. Attorney

U.S.A. v. Defendant(s)  ✓ Present  In Custody            Attorneys for Defendants:  ✓ Present  CJA

Yulieth Katherine Tejeda                                 Carlos L. Juarez

**Proceedings: Arraignment of Defendant and/or**   Assignment of Case   ✓ Appointment of Counsel
                                                   ✓ Initial Appearance

* Case is under seal and these proceedings are held under seal.
* Government moves to unseal the entire case.
* Request to unseal granted by Court.
* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Alejandro Franco; Language: Spanish
* Defendant states true name is Yulieth Katherine Tejeda.
* Defendant is advised that he/she is not required to make a statement and that anything said at the arraignment proceeding may be used against the defendant in subsequent proceedings.
* Defendant is advised of the right to counsel.
* The Court appoints Carlos L. Juarez (CJA), as counsel for all further proceedings.
* Financial affidavit is submitted and ordered filed UNDER SEAL.
* Court asks the assistant United States attorney to summarize the charges against the defendant and the possible penalties.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/27/2026 8:30 AM; Status Conference: 12/24/2025 9:30 AM

cc:  PSALA       PSAED       PSASA           Initial Appearance/Appointment of Counsel:  :23
     USMLA       USMED       USMSA                                         Arraignment:  :20
     Statistics Clerk         Interpreter                        Initials of Deputy Clerk: rec
     CJA Supervising Attorney Fiscal

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00886-SPG-14                              Date: 12/5/2025

Present: The Honorable: David T. Bristow

Interpreter Alejandro Franco                                Language Spanish

| Rebecca Camacho |  | Erin C. Kiss |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody            Attorneys for Defendants: ✓ Present  CJA

Yulieth Katherine Tejeda                                    Carlos L. Juarez

**Proceedings: Arraignment of Defendant and/or**   Assignment of Case   ✓ Appointment of Counsel
                                                    ✓ Initial Appearance

* Government moves for permanent detention of the defendant.

* Detention Hearing is held.

* Court grants the Government's request and orders the defendant permanently detained.

* Defendant committed to the custody of the U.S. Marshal.

* Government counsel provides trial estimate of 5 weeks.

* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED         PSASA         Initial Appearance/Appointment of Counsel:  :23
     USMLA        USMED         USMSA                                         Arraignment: :20
     Statistics Clerk                Interpreter
     CJA Supervising Attorney        Fiscal              Initials of Deputy Clerk:  rec