# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
12/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____asi_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>v.<br><br>YULIETH KATHERINE TEJEDA,<br>aka "ana.kata1992,"<br><br>        DEFENDANT. | CASE NUMBER:<br><br>2:25-cr-00886-CV  **14**<br><br>**WARRANT FOR ARREST** |

To:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest YULIETH KATHERINE TEJEDA, aka "ana.kata1992," and bring her forthwith to the nearest Magistrate Judge to answer an Indictment charging him with 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. § 963: Conspiracy to Export Cocaine; 21 U.S.C. §§ 846, 848(c)(1)(A): Conspiracy to Commit Murder in Connection with a Continuing Criminal Enterprise and Drug Crime and Murder in Connection with a Continuing Criminal Enterprise and Drug Crime; 18 U.S.C. § 1512(a)(1)(A), (C), (3)(A), (k): Conspiracy to Tamper with a Witness, Victim, or an Informant and Tampering with a Witness, Victim, or Informant; 18 U.S.C. § 1513(a)(1)(A), (B), (2)(A), (f): Conspiracy to Retaliate Against a Witness, Victim, or an Informant and Retaliation Against a Witness, Victim, or an Informant.

| | |
|---|---|
| Brian Karth<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>*[signature]*<br>SIGNATURE OF DEPUTY CLERK | October 28, 2025     Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By: Margo A. Rocconi<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| DATE RECEIVED<br><br>12/05/2025<br>DATE OF ARREST | Cesar Perez<br>NAME OF ARRESTING OFFICER<br><br>DETENTION ENFORCEMENT OFFICER<br>TITLE<br><br>*Cesar Perez*<br>SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO