EXHIBIT A

DEFENDANT TEJEDA'S ATTORNEY'S EYES ONLY (AEO) DEFENSE TEAM

DATED: 12/17/2025

_____
CARLOS L. JUAREZ
Attorney for Defendant
YULIETH KATHERINE TEJEDA

DATED: 12/17/2025

_____
HECTOR GONZALEZ
INVESTIGATOR

DATED: 12/17/25

_____
KRISTIE JOHNSON
PARALEGAL