UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00886-SPG-4 Date: 11/5/2026

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

Interpreter N/A Language N/A

| Leah Krivitsky | 11/05/2026 | Lyndsi Allsop |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present Retained |
|---|---|
| Carmen Yelinet Valoyes Florez | Jason A. Ronis |

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** ✔ **Appointment of Counsel**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/29/2026 8:30 AM;
Status Conference: 11/18/2026 9:30 AM
* Government counsel provides trial estimate of 4-5 weeks.
* Judge Garnett is located in 5C, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk Interpreter
CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00
**Arraignment:** 00 : 03
**Initials of Deputy Clerk:** LK by TRB